UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**

April 15, 2009 3:31 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BELINDA K. WOODS,

        Defendant.

_____/

No.

Hon.

**1:09-cr-111**

**Janet T. Neff
U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Embezzlement and Theft of Labor Union Assets)

From on or about June 2, 2006 to on or about March 4, 2008, in the Southern Division of the Western District of Michigan,

### BELINDA K. WOODS,

while an officer, that is, the President of Local 84-415 of the Communication Workers of America – International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully convert to her own use and the use of others approximately $10,988.86 of the money and funds of such labor organization.

29 U.S.C. § 501(c)
29 U.S.C. § 402(i), (j), (n)

**COUNT 2**

(Falsification of Financial Records Required to Be Kept by Labor Union)

1.     At all times material to this Indictment, the Communication Workers of America–International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers, also known as CWA-IUE, was a labor organization in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2.     From on or about June 2, 2006 to on or about March 4, 2008, in the Southern Division of the Western District of Michigan,

**BELINDA K. WOODS**

did willfully make and cause to be made false entries in records required to be kept by Section 436 of Title 29, United States Code, that is, CWA-IUE reimbursement vouchers, which are records on matters required to be reported in the annual financial report of CWA-IUE required to be filed with the Secretary of Labor.

29 U.S.C. § 439(c)

A TRUE BILL

GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

SEAN C. MALTBIE
Assistant United States Attorney

2